UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:09-cv-123 (PLM) | June 16, 2011 | 2:05 PM - 2:36 PM | Grand Rapids, MI | Joseph G. Scoville |

## CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Erick Jesiek, et al | Fire Pros, Inc. |

**APPEARANCES**

| Plaintiff: | Defendant: |
|---|---|
| Katherine Smith Kennedy | Gregory Ripple |
|  |  |

**WITNESSES**

_____ P D        _____ P D
_____ P D        _____ P D
_____ P D        _____ P D

## PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; Order to enter dismissing pltfs' motion to toll statute of limitations [34] without prejudice; A settlement conference is set for Thursday, Oct. 13, 2011 at 9:30 AM; Case Management Order to issue

Recorded: Digital          Deputy Clerk: D. Hand