RECEIVED
OSBORNE LAW OFFICES

AUG 3 2011

PC.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Erick Jesiek, David Jackson, Walter Steil, Christopher White, Darwin Joles, and Tressia Skinner and employees similarly situated, | CASE NO. 1:09cv123 <br><br> JUDGE PAUL L. MALONEY |
| Plaintiffs, | |
| v. | |
| Fire Pros, Inc. <br> 2710 Northridge, Suite F <br> Grand Rapids, MI 49544 | |
| Defendant. | |

## CONSENT TO SUE

I state that I worked at Fire Pros, Inc. on an hourly basis performing work in the field related to the installation, maintenance and repair of fire sprinkler systems, fire extinguisher systems, chemical systems and alarm detection systems at some point from February 12, 2006 to the present, and during that time was required by Fire Pros to report to the shop to receive job assignments, load material and equipment onto company trucks, and transport the trucks and employees to the job site.

I hereby consent to sue Fire Pros, Inc. for damages including unpaid overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b).

I hereby designate Pinksy, Smith, Fayette, and Kennedy, LLP and Osborne Law Offices, P.C. to represent me in this action.

Date: 7-27-11     Signature: T. McKenna

Please print or type the information below:

Name: Tim McKenna

Street Name and Number: 9197 Bailey Rd

City, State, and Zip Code: Howard MI 49329

Telephone Numbers: 616-773-5575