UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

        Plaintiffs/Counter-Defendants,        Case No. 1:09-cv-123

v.        HON. PAUL L. MALONEY

FIRE PROS, INC.,

        Defendant/Counter-Plaintiff.
_____/

**STIPULATION TO EXTEND TIME TO FILE**
**SETTLEMENT DOCUMENTS AND STIPULATION OF DISMISSAL**

At the October 19, 2011 Settlement Conference, the court ordered the parties to submit settlement documents and a stipulation to dismiss the above case by December 1, 2011. (DE # 59.) Due to the complexity of the case and the number of Plaintiffs, preparing and executing these documents has taken longer than anticipated. Therefore, Plaintiffs and Defendant, by their undersigned attorneys, hereby STIPULATE AND AGREE that the parties shall have until **December 19, 2011,** to file settlement documents and a stipulation to dismiss the above case. Based on the parties' agreement, Plaintiffs and Defendant ask the Court to enter an Order giving the parties until **December 19, 2011**, to file settlement documents and a stipulation to dismiss the case. A proposed Order for the Court's consideration is submitted with this stipulation.

Dated: December 7, 2011          /s/ Natalie C. Moffett
                                 Jason J. Valtos, Esq.
                                 Natalie C. Moffett, Esq.
                                 OSBORNE LAW OFFICES, P.C.
                                 Attorneys for Plaintiffs
                                 4301 Connecticut Avenue, NW
                                 Suite 108
                                 Washington, D.C. 20008
                                 (202) 243-3200
                                 nmoffett@osbornelaw.com
                                 nataliemoffett@gmail.com


                                 /s/ Gregory P. Ripple
                                 Peter J. Kok (P16121)
                                 Gregory P. Ripple (P70507)
                                 Stephanie J. Cebulski (P74955)
                                 MILLER JOHNSON
                                 Attorneys for Defendant
                                 250 Monroe Ave., NW, Suite 800
                                 Grand Rapids, MI 49503
                                 (616) 831-1700
                                 kokp@millerjohnson.com
                                 rippleg@millerjohnson.com
                                 cebulskis@millerjohnson.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

    Plaintiffs/Counter-Defendants,    Case No. 1:09-cv-123

v.    HON. PAUL L. MALONEY

FIRE PROS, INC.,

    Defendant/Counter-Plaintiff.
_____/

**ORDER**

Having reviewed the December 7, 2011 Stipulation by Plaintiffs and Defendant,

IT IS ORDERED that the parties shall have until December 19, 2011, to file settlement documents and a stipulation to dismiss the above case.

    _____
    Honorable Joseph G. Scoville
    United States Magistrate Judge

DATED:_____, 2011