UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

       Plaintiffs/Counter-Defendants,       Case No. 1:09-cv-123

v.       HON. PAUL L. MALONEY

FIRE PROS, INC.,

       Defendant/Counter-Plaintiff.
_____/

## **ORDER**

Having reviewed the December 7, 2011 Stipulation by Plaintiffs and Defendant,

IT IS ORDERED that the parties shall have until December 19, 2011, to file settlement documents and a stipulation to dismiss the above case.

```
 /s/   Paul L. Maloney
```
Paul L. Maloney
Chief United States District Judge

DATED: December 8, 2011