UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

                Plaintiffs/Counter-Defendants,             Case No. 1:09-cv-123
v.                                              HON. PAUL L. MALONEY

FIRE PROS, INC.,

                Defendant/Counter-Plaintiff.
_____/

## ORDER

Having reviewed the December 30, 2011, Stipulation by Plaintiffs and Defendant,

IT IS ORDERED that the parties shall have until January 5, 2012, to file

settlement documents and a stipulation to dismiss the above case.


                                /s/  Paul L. Maloney
                                Honorable Paul L. Maloney
                                United States District Court Judge


DATED:_January 4_____, 20_12__