UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

        Plaintiffs/Counter-Defendants,        Case No. 1:09-cv-123
v.        HON. PAUL L. MALONEY

FIRE PROS, INC.,

        Defendant/Counter-Plaintiff.
_____/

## STIPULATION TO EXTEND TIME TO FILE
## SETTLEMENT DOCUMENTS AND STIPULATION OF DISMISSAL

On January 4, 2012, the Court entered an Order extending the deadline for the parties to submit settlement documents and a stipulation to dismiss the above case to January 5, 2012. (DE # 65). Although the parties have agreed to the terms of the settlement agreement, the parties are still continuing to gather the numerous signatures necessary to execute the settlement agreement. The one remaining Plaintiff whose signature Plaintiffs' attorneys have not received has indicated that the settlement agreement with his signature is in the mail. Plaintiffs' attorneys believe its arrival has been delayed because of the New Year's Day federal holiday. Therefore, Plaintiffs and Defendant, by their undersigned attorneys, hereby STIPULATE AND AGREE that the parties shall have until January 13, 2012, to file settlement documents and a stipulation to dismiss the above case. Based on the parties' agreement, Plaintiffs and Defendant ask the Court to enter an Order giving the parties until January 13, 2012, to file settlement documents and a stipulation to dismiss the case. A proposed Order for the Court's consideration is submitted with this stipulation.

| | |
|---|---|
| Dated: January 5, 2012 | /s/ Natalie C. Moffett |
| | Jason J. Valtos, Esq. |
| | Natalie C. Moffett, Esq. |
| | OSBORNE LAW OFFICES, P.C. |
| | Attorneys for Plaintiffs |
| | 4301 Connecticut Avenue, NW |
| | Suite 108 |
| | Washington, D.C. 20008 |
| | (202) 243-3200 |
| | nmoffett@osbornelaw.com |
| | nataliemoffett@gmail.com |
| | |
| | /s/ Gregory P. Ripple |
| | Peter J. Kok (P16121) |
| | Gregory P. Ripple (P70507) |
| | Stephanie J. Cebulski (P74955) |
| | MILLER JOHNSON |
| | Attorneys for Defendant |
| | 250 Monroe Ave., NW, Suite 800 |
| | Grand Rapids, MI 49503 |
| | (616) 831-1700 |
| | kokp@millerjohnson.com |
| | rippleg@millerjohnson.com |
| | cebulskis@millerjohnson.com |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

       Plaintiffs/Counter-Defendants,       Case No. 1:09-cv-123

v.       HON. PAUL L. MALONEY

FIRE PROS, INC.,

       Defendant/Counter-Plaintiff.
_____/

## **ORDER**

       Having reviewed the January 5, 2012, Stipulation by Plaintiffs and Defendant,

       IT IS ORDERED that the parties shall have until January 13, 2012, to file settlement documents and a stipulation to dismiss the above case.

                                              _____
                                              Honorable Paul L. Maloney
                                              United States District Court Judge

DATED:_____, 2012