UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

        Plaintiffs/Counter-Defendants,        Case No. 1:09-cv-123

v.        HON. PAUL L. MALONEY

FIRE PROS, INC.,

        Defendant/Counter-Plaintiff.
_____/

## STIPULATION OF DISMISSAL

As authorized by Fed. R. Civ. P. 41(a)(2), the parties by their attorneys stipulate that this action shall be dismissed in its entirety and with prejudice, with no costs being assessed against any party, each party to bear its own costs.

Dated: January 11, 2012        /s/ Natalie C. Moffett
        Jason J. Valtos, Esq.
        Natalie C. Moffett, Esq.
        OSBORNE LAW OFFICES, P.C.
        Attorneys for Plaintiffs
        4301 Connecticut Avenue, NW
        Suite 108
        Washington, D.C. 20008
        (202) 243-3200
        nmoffett@osbornelaw.com
        nataliemoffett@gmail.com


Dated: January 11, 2012        /s/ Stephanie J. Cebulski
        Peter J. Kok (P16121)
        Gregory P. Ripple (P70507)
        Stephanie J. Cebulski (P74955)
        MILLER JOHNSON
        Attorneys for Defendant
        250 Monroe Ave., NW, Suite 800

Grand Rapids, MI 49503  
(616) 831-1700  
kokp@millerjohnson.com  
rippleg@millerjohnson.com  
cebulskis@millerjohnson.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK JESIEK, DAVID JACKSON,
WALTER STEIL, CHRISTOPHER WHITE,
DARWIN JOLES, and TRESSIA SKINNER
and employees similarly situated,

    Plaintiffs/Counter-Defendants,    Case No. 1:09-cv-123

v.    HON. PAUL L. MALONEY

FIRE PROS, INC.,

    Defendant/Counter-Plaintiff.
_____/

## ORDER OF DISMISSAL

As authorized by Fed. R. Civ. P. 41(a)(2), this Court, having reviewed the Stipulation of Dismissal filed by the parties,

HEREBY ORDERS the Plaintiffs' Complaint dismissed with prejudice and without costs or fees to either party.

    _____
    Honorable Paul L. Maloney
    United States District Court Judge

DATED:_____, 2012